## Payments and Deposits from Don Juravin

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Payment | 8066 | 12/16/2013 | Must Cure Obesity | 1020 · Undeposited Funds | (11,200.00) |
| Payment | 1002 | 2/6/2014 | Must Cure Obesity | 1020 · Undeposited Funds | (50,000.00) |
| Payment | 1008 | 3/14/2014 | Must Cure Obesity | 1020 · Undeposited Funds | (30,000.00) |
| Payment | 1013 | 3/28/2014 | Must Cure Obesity | 1020 · Undeposited Funds | (56,071.00) |
| Payment | WT | 7/1/2014 | Must Cure Obesity | 1020 · Undeposited Funds | (1,000.00) |
| Payment | WT | 7/10/2014 | Must Cure Obesity | 1020 · Undeposited Funds | (19,000.00) |
| Payment | vt | 9/12/2014 | Must Cure Obesity | 1020 · Undeposited Funds | (8,000.00) |
| Payment | vt | 11/14/2014 | Must Cure Obesity | 1020 · Undeposited Funds | (26,000.00) |
| Payment | vt | 11/24/2014 | Must Cure Obesity | 1020 · Undeposited Funds | (35,000.00) |
| Payment | vt | 1/28/2015 | Must Cure Obesity | 1020 · Undeposited Funds | (7,920.68) |
| Payment | vt | 1/28/2015 | Must Cure Obesity | 1020 · Undeposited Funds | (17,390.82) |
| Payment | vt | 4/10/2015 | Must Cure Obesity | 1020 · Undeposited Funds | (28,000.00) |
| Payment | WT | 5/14/2015 | Must Cure Obesity | 1020 · Undeposited Funds | (18,000.00) |
| Payment | WT | 7/8/2015 | Must Cure Obesity | 1020 · Undeposited Funds | (20,000.00) |
| Payment | vt | 9/28/2015 | Must Cure Obesity | 1020 · Undeposited Funds | (30,000.00) |
| Payment | vt | 11/2/2015 | Must Cure Obesity | 1020 · Undeposited Funds | (26,000.00) |
| Payment | vt | 11/10/2015 | Must Cure Obesity | 1020 · Undeposited Funds | (24,000.00) |
| Payment | vt | 11/13/2015 | Must Cure Obesity | 1020 · Undeposited Funds | (20,000.00) |
| Payment | vt | 3/10/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (30,000.00) |
| Payment | vt | 3/10/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (20,000.00) |
| Payment | vt | 3/16/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (16,000.00) |
| Payment | vt | 3/16/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (42,135.00) |
| Payment | vt | 8/2/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (8,000.00) |
| Payment | 1034 | 9/13/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (65,000.00) |
| Payment | vt | 11/11/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (18,000.00) |
| Payment | vt | 11/23/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (35,000.00) |
| Payment | 1035 | 12/9/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (23,500.00) |
| Payment | | 12/29/2016 | Must Cure Obesity | 2501 · Deposit of Client | (43,800.00) |
| Payment | | 12/29/2016 | Must Cure Obesity | 2501 · Deposit of Client | (80,000.00) |
| Payment | | 12/30/2016 | Must Cure Obesity | 2501 · Deposit of Client | (75,000.00) |
| Payment | | 12/31/2016 | Must Cure Obesity | 1020 · Undeposited Funds | (50,000.00) |
| Payment | amex | 4/3/2017 | Must Cure Obesity | 1020 · Undeposited Funds | (53,000.00) |
| Payment | 6005873560 | 6/5/2017 | Must Cure Obesity | 1020 · Undeposited Funds | (50,000.00) |
| Payment | 4092565249 | 8/18/2017 | Must Cure Obesity | 1020 · Undeposited Funds | (80,000.00) |
| Payment | 40259552659 | 8/31/2017 | Must Cure Obesity | 1020 · Undeposited Funds | (15,000.00) |
| Payment | W/T 08312017 | 9/6/2017 | Must Cure Obesity | 1020 · Undeposited Funds | (90,000.00) |
| Payment | 1040 | 9/12/2017 | Must Cure Obesity | 2501 · Deposit of Client | (20,000.00) |
| Payment | 1041 | 9/7/2017 | Must Cure Obesity | 2501 · Deposit of Client | (30,000.00) |
| Payment | 4030740527 | 9/14/2017 | Must Cure Obesity | 1020 · Undeposited Funds | (90,000.00) |
| Payment | 6073649798 EST 333 | 10/12/2017 | Must Cure Obesity | 2501 · Deposit of Client | (120,000.00) |
| Payment | | 10/26/2017 | Must Cure Obesity | 1020 · Undeposited Funds | (100,000.00) |
| Payment | | 11/27/2017 | Must Cure Obesity | 2501 · Deposit of Client | (380,000.00) |
| Payment | | 12/26/2017 | Must Cure Obesity | 2501 · Deposit of Client | (70,000.00) |
| Payment | | 9/12/2017 | Must Cure Obesity | 2501 · Deposit of Client | (20,000.00) |
| Payment | | 12/27/2017 | Must Cure Obesity | 2501 · Deposit of Client | (10,000.00) |
| Payment | | 12/29/2017 | Must Cure Obesity | 2501 · Deposit of Client | (30,000.00) |
| Payment | | 12/29/2017 | Must Cure Obesity | 2501 · Deposit of Client | (90,000.00) |
| Payment | 60979778970 | 3/5/2018 | Must Cure Obesity | 1020 · Undeposited Funds | (80,000.00) |
| Payment | 40620414898 | 4/2/2018 | Must Cure Obesity | 1020 · Undeposited Funds | (100,000.00) |
| Payment | 40730973462 | 5/30/2018 | Must Cure Obesity | 1020 · Undeposited Funds | (100,000.00) |
| Payment | 40786302116 | 6/27/2018 | Must Cure Obesity | 1020 · Undeposited Funds | (80,000.00) |
| Payment | | 11/6/2018 | Must Cure Obesity | 2501 · Deposit of Client | (142,200.00) |
| Payment | | 11/7/18 | Must Cure Obesity | 2501 · Deposit of Client | (80,000.00) |
| TOTAL | | | | | (2,764,217.50) |

## Return money to Don Juravin

| Type | Num | Date | Name | Account | Amount |
|---|---|---|---|---|---|
| Check | DM BANK | 09/12/18 | Must Cure Obesity | 1001 · BB&T Checking Acct - 9341 | (150,000.00) |
| Check | DM BANK | 09/12/18 | Must Cure Obesity | 1001 · BB&T Checking Acct - 9341 | (50,000.00) |
| Check | DM BANK | 09/14/18 | Must Cure Obesity | 1001 · BB&T Checking Acct - 9341 | (150,000.00) |
| Check | DM BANK | 09/14/18 | Must Cure Obesity | 1004 · BB&T CC Acct - 4947 | (50,000.00) |
| Check | DM BANK | 12/12/18 | Must Cure Obesity | 1004 · BB&T CC Acct - 4947 | (72,200.00) |
| Check | DM BANK | 01/09/19 | Must Cure Obesity | 1004 · BB&T CC Acct - 4947 | (150,000.00) |
| Check | DM BANK | 07/03/19 | Must Cure Obesity | 1001 · BB&T Checking Acct - 9341 | (350,050.00) |
| Check | DM BANK | 10/31/19 | Must Cure Obesity | 1001 · BB&T Checking Acct - 9341 | (250,000.00) |
| Check | DM BANK | 06/04/20 | Must Cure Obesity | 1001 · BB&T Checking Acct - 9341 | (100,000.00) |
| Check | DM BANK | 10/01/20 | Must Cure Obesity | 1001 · BB&T Checking Acct - 9341 | (250,000.00) |
| | | | | | (1,572,250.00) |

### Summary

| | |
|---|---|
| Total Deposits | (2,764,217.50) |
| Total Return | (1,572,250.00) |
| Balance | (1,191,967.50) |
| Total Invoice | 1,685,644.76 |
| **Balance** | **493,677.26** |

## Billed to Don Juravin

| Type | Num | Date | Account | Amount |
|---|---|---|---|---|
| Invoice | 8789 | 12/13/13 | 1100 · Accounts Receivable | 11,200.00 |
| Invoice | 8966 | 3/28/14 | 1100 · Accounts Receivable | 136,071.00 |
| Invoice | 9055 | 6/5/14 | 1100 · Accounts Receivable | 33,723.85 |
| Invoice | 9212 | 9/9/14 | 1100 · Accounts Receivable | 31,659.41 |
| Invoice | 9276 | 10/15/14 | 1100 · Accounts Receivable | 25,449.17 |
| Invoice | 9318 | 11/11/14 | 1100 · Accounts Receivable | 17,390.82 |
| Invoice | 9384 | 12/17/14 | 1100 · Accounts Receivable | 26,522.76 |
| Invoice | 9407 | 1/6/15 | 1100 · Accounts Receivable | 7,920.68 |
| Invoice | 9451 | 2/2/15 | 1100 · Accounts Receivable | 2,705.00 |
| Invoice | 9457 | 2/4/15 | 1100 · Accounts Receivable | 5,041.57 |
| Invoice | 9541 | 3/30/15 | 1100 · Accounts Receivable | 40,128.23 |
| Invoice | 9825 | 7/31/15 | 1100 · Accounts Receivable | 2,055.00 |
| Invoice | 10024 | 10/30/15 | 1100 · Accounts Receivable | 213,276.02 |
| Invoice | 10218 | 2/24/16 | 1100 · Accounts Receivable | 24,239.55 |
| Invoice | 10500 | 3/15/16 | 1100 · Accounts Receivable | 45,533.00 |
| Invoice | 10499 | 4/13/16 | 1100 · Accounts Receivable | 22,575.00 |
| Invoice | 10498 | 8/1/16 | 1100 · Accounts Receivable | 39,720.00 |
| Invoice | 10493 | 9/28/16 | 1100 · Accounts Receivable | 30,335.08 |
| Invoice | 10596 | 10/28/16 | 1100 · Accounts Receivable | 55,215.96 |
| Invoice | 10657 | 12/5/16 | 1100 · Accounts Receivable | 656,687.79 |
| Invoice | 11108 | 10/10/17 | 1100 · Accounts Receivable | 41,903.75 |
| Invoice | 11445 | 10/31/17 | 1100 · Accounts Receivable | 78,913.00 |
| Invoice | 11521 | 11/17/17 | 1100 · Accounts Receivable | 8,536.25 |
| Invoice | 11691 | 1/3/18 | 1100 · Accounts Receivable | 1,841.06 |
| Invoice | 11726 | 1/10/18 | 1100 · Accounts Receivable | 25,285.25 |
| Invoice | 11946 | 3/2/18 | 1100 · Accounts Receivable | 8,377.40 |
| Invoice | 12363 | 5/24/18 | 1100 · Accounts Receivable | 20,496.56 |
| Invoice | 12370 | 5/25/18 | 1100 · Accounts Receivable | 1.00 |
| Invoice | 12416 | 6/5/18 | 1100 · Accounts Receivable | 18,682.70 |
| Invoice | 12577 | 6/25/18 | 1100 · Accounts Receivable | 14,452.60 |
| Invoice | 12694 | 7/6/18 | 1100 · Accounts Receivable | 39,705.30 |
| Invoice | 12877 | 7/31/18 | 1100 · Accounts Receivable | 1,685,644.76 |

**EXHIBIT "A"**