



FIFTH THIRD BANK
(CENTRAL FLORIDA)
P.O. BOX 630900 CINCINNATI OH 45263-0900

MUST CURE OBESITY CO
15118 PENDIO DR
BELLA COLLINA FL 34756-3606

Statement Period Date: 6/1/2018 - 6/21/2018
Account Type: 5/3 BUS ELITE CKG
Account Number: 7......'822

Banking Center: Clermont
Banking Center Phone: 352-536-1214
Business Banking Support: 877-534-2264

## Account Summary - 7822

| Date | | Description | Amount | | |
|---|---|---|---|---|---|
| 06/01 | | Beginning Balance | $144,187.09 | Number of Days in Period | 21 |
| | | Checks | | | |
| | 6 | Withdrawals / Debits | $(144,187.09) | | |
| | | Deposits / Credits | | | |
| 06/21 | | Ending Balance | $0.00 | | |

**Analysis Period: 05/01/18 - 05/31/18**

| | |
|---|---|
| Standard Monthly Service Charge | $35.00 |
| Standard Monthly Service Charge Waived (see below) | -$35.00 |
| CHK RETURNED ITEM OR CHARGEBACK | $12.50 |
| ELECTRONIC DEPOSIT [4] | $31.50 |
| CHECK CLEARING | $65.21 |
| **Service Charge withdrawn on 06/12/18** | **$109.21** |

[4] Charges for Electronic Deposit Manager (EDM) include the EDM Monthly Service Fee.

### Standard Monthly Service Charge waived if:

Your business maintains a total monthly average balance of $25,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card **PLUS** has one of the following: Electronic Deposit Manager **OR** Cash Management Essentials.

### Current Relationship Overview:

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $144,532.79 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Electronic Deposit Manager? | Yes |
| Cash Management Essentials? | Yes |

### Withdrawals / Debits

6 items totaling $144,187.09

| Date | Amount | Description |
|---|---|---|
| 06/12 | 109.21 | SERVICE CHARGE |
| 06/21 | 0.88 | CASHIER CHECK PURCHASE REF # 00868378086 |
| 06/21 | 29,077.00 | CASHIER CHECK PURCHASE REF # 00868298948 |
| 06/21 | 30,000.00 | CASHIER CHECK PURCHASE REF # 00868298650 |
| 06/21 | 35,000.00 | CASHIER CHECK PURCHASE REF # 00868298292 |
| 06/21 | 50,000.00 | CASHIER CHECK PURCHASE REF # 00868298473 |

### Daily Balance Summary

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06/12 | 144,077.88 | 06/21 | 0.00 |

For additional information and account disclosures, please visit www.53.com/businessbanking

Page 1 of 2

**EXHIBIT "B"**



```
MUST CURE OBESITY CO                            Date   9/28/18              Page       1
PO BOX 560150                                   Account Number              XXXXX5282
MONTVERDE FL 34756                              Enclosures
```

```
              Thank you for choosing Mainstreet Community Bank of Florida!
                    Please contact a Customer Service Representative
                    if you have any questions regarding your statement.

                                --- CHECKING ACCOUNTS ---

DOWNTOWN CHECKING                         Number of Enclosures                     0
Account Number                 XXXXX5282  Statement Dates    9/04/18 thru  9/30/18
Previous Balance               30,939.20  Days in the statement period          27
        Deposits/Credits             .00  Average Ledger                   2,291.79
      1 Checks/Debits           30,939.20  Average Collected               2,291.79
Service Charge                       .00
Interest Paid                        .00
Ending Balance                       .00

****************************************************************************

Checks and Withdrawals
Date    Description                                    Amount
9/06    Closing entry - zero balance                  30,939.20-

****************************************************************************

Daily Balance Information
Date         Balance      Date         Balance
9/04        30,939.20     9/06              .00

                        * * * END OF STATEMENT * * *
```