**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| DON KARL JURAVIN, | Case No. 6:18-bk-6821-KSJ |
| Debtor. | Case No. 6:20-bk-1801-KSJ<br>*Jointly Administered with*<br>Case No. 6:18-bk-6821-KSJ |
| BELLA COLLINA PROPERTY OWNERS ASSOCIATION, INC., | |
| Plaintiff, | Adversary No.: |
| vs | |
| DON KARL JURAVIN, | |
| Defendant. | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk: | Clerk, U.S. Bankruptcy Court<br>Middle District of Florida<br>400 W. Washington St., Suite 5100<br>Orlando, FL 32801 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney:<br>(407) 835-6767<br>wmatthews@shutts.com | William C. Matthews, Esq.<br>SHUTTS & BOWEN LLP<br>300 S. Orange Ave., Suite 1600<br>Orlando, FL 32801 |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place. **ALL PENDING MOTIONS WILL BE HEARD AT THIS PRETRIAL CONFERENCE.**

**Address:** George C. Young Federal Courthouse    **Room:** Courtroom 6A, 6th Floor
400 W. Washington St., Orlando, FL  32801    **Date and Time:**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

_____                                                                                      _____
Date                                                                                                                          Clerk of the Bankruptcy Court

## CERTIFICATE OF SERVICE

I, **William C. Matthews**, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, and copies of the complaint and notice of pre-trial conference, was made _____, by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | |
|---|---|
| Don Karl Juavin | Aldo G. Bartolone, Jr. |
| 15118 Pendio Drive | BARTOLONE LAW, PLLC |
| Montverde, FL  34756 | 1030 N. Orange Ave., Suite 300 |
| | Orlando, FL  32801 |

☒ Electronic Mail service to: Aldo G Bartolone, Jr on behalf of Defendant Don Karl Juravin
   aldo@bartolonelaw.com; aldo.bartolone@gmail.com; aldo@ecf.courtdrive.com; erin@bartolonelaw.com

☐ Personal Service: By leaving the process with the following adult at:

☐ Personal Service; By leaving the process with defendant or with an officer or agent of defendant at:

☐ Publication: The defendant was served as follows:  (describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: (describe briefly)

Under penalty of perjury, I declare that the foregoing to be true and correct.

_____                    /s/ _____
Date                                Signature

| | |
|---|---|
| **Print Name:** | WILLIAM C. MATTHEWS, ESQ. |
| **Business Address:** | SHUTTS & BOWEN LLP<br>300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801 |

ORLDOCS 18780995 1