[jiffyorda] [Bench Order AP +]

ORDERED.

Dated: October 14, 2021

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br>Don Karl Juravin | Case No. 6:18−bk−06821−KSJ<br>Chapter 7 |
| _____Debtor*_____ / | |
| Bella Collina Property Owners Association Inc | |
| Plaintiff* | |
| vs. | Adv. Pro. No. 6:21−ap−00103−KSJ |
| Don Karl Juravin | |
| _____Defendant*_____ / | |

### ORDER GRANTING MOTION TO DISMISS ADVERSARY PROCEEDING

THIS CASE came on for hearing on October 14, 2021, for consideration of the **Motion to Dismiss Adversary Proceeding** (Doc. **6**), filed by **Defendant Don Juravin**.

For the reasons stated orally and recorded in open court, the Motion to Dismiss Adversary Proceeding is Granted.

Plaintiff shall have leave to file an Amended Complaint by December 3, 2021. If an Amended Complaint is timely filed, Defendant is directed to respond by January 7, 2022, and a Pretrial Conference is set for 9:30 a.m. on January 13, 2022.

If an Amended Complaint is not timely filed by December 3, 2022, this Adversary Proceeding is dismissed.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Aldo Bartolone is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.